UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>   Plaintiff,<br><br>   v.<br><br>PAUL FERRARI, et al.,<br><br>   Defendants. | Case No. 21-cv-07803-JSW<br><br>**ORDER SETTING DEADLINE FOR MOTION FOR DEFAULT JUDGMENT AND ORDER TO PLAINTIFF TO SHOW CAUSE** |

Plaintiff filed this disability access action on October 6, 2021. (Dkt. No. 1.)  Under Federal Rule of Civil Procedure 4(m), the deadline to serve the defendants was January 4, 2022, and under General Order 56, the deadline to request an extension of time to serve was December 6, 2021.  The record demonstrates Plaintiff has served one of the five named defendants.  On May 17, 2022, the Clerk entered default as to that Defendant.  The Court ORDERS Plaintiff to file a motion for default judgment by no later than June 20, 2022, or to seek an extension to do so by June 13, 2022.

The Court FURTHER ORDERS Plaintiff to show cause, in writing, by no later than June 6, 2022, why the Court should not dismiss the claims against the remaining defendants for failure to prosecute.  See Fed. R. Civ. P. 41(b).  Failure to timely respond to this Order will result in the dismissal of this action without further notice.  The Court also advises Plaintiff that, as to the unserved defendants, filing a dismissal or a request for extension of time to serve, will not discharge this Order to Show Cause.

//

//

//

The Court requires an explanation for the failure to take action with respect to those defendants.

**IT IS SO ORDERED**.

Dated: May 19, 2022

_____
JEFFREY S. WHITE
United States District Judge