CENTER FOR DISABILITY ACCESS
Mark Potter, Esq. SBN 166317
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Mark@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**<br><br>    Plaintiff,<br><br>v.<br><br>**Paul Ferrari;**<br>**Tamara Ferrari;**<br>**Jack Ferrari;**<br>**Kimberly Ferrari;**<br>**Bashar W. Haddadin**<br><br>    Defendants. | **Case No.** 4:21-cv-7803-JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>*FRCP 41(a)(1)(A)(i)* |

Please take notice that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice as to all Defendants. No defendant has answered or served a motion for summary judgment.

Dated: June 6, 2022

CENTER FOR DISABILITY ACCESS

By: ___/s/ Mark Potter___
     Mark Potter
     Attorneys for Plaintiff

Dated:  June 16, 2022

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Jeffrey S. White]

1